UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
   HESSIE WEBB )
   JESSE WEBB ) CASE NO. 10-30455-DHW-13
      Debtor(s). )

## OBJECTION TO CONFIRMATION

Now comes GREEN TREE SERVICING L.L.C., by its attorneys, Chambless Math Carr, P.C., and objects to confirmation of the Debtor s proposed plan and in support thereof states as follows:

1. The debtor has failed to provide evidence of insurance coverage as required 11 U.S.C. Section 1326(a)(4) on the collateral securing the loans of the movant, to wit; 1998 CHAMPION ADVANTAGE MOBILE HOME AND APPURTS.

2. The collateral securing the debts of the creditor is grossly undervalued and/or the specified monthly payment is insufficient to provide this creditor with adequate protection against depreciation of its interest over the term of the plan. The plan proposes to value the collateral at $17,270.00 whereas the NADA value in FAIR condition is $21,228.74.

3. The plan fails to provide an appropriate adequate protection payment amount. The plan proposes to pay $172.00 per month as adequate protection. An appropriate adequate protection payment amount should be $212.00 or approximately 1% of the value of the collateral.

WHEREFORE, GREEN TREE SERVICING L.L.C., prays for an Order denying confirmation along with such further relief as the Court may deem proper.

                        GREEN TREE SERVICING L.L.C.

                        By: /s/ Leonard N. Math

Of Counsel:
Chambless Math     Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this March 10, 2010.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

Richard D. Shinbaum
SHINBAUM, McLEOD & CAMPBELL
P.O. BOX 201
MONTGOMERY AL 36101

HESSIE WEBB
JESSE WEBB
453 TUCKER ROAD
GRADY AL 36036

/s/ Leonard N. Math